

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2025

No. 04-25-00328-CV

**IN RE** Wesley J. **CRAWFORD**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Adrian A. Spears II, Justice
                Velia J. Meza, Justice

Relator filed his petition for writ of mandamus on May 22, 2025. Relator has failed to comply with Texas Rules of Appellate Procedure 52.3(k) and 52.7. The court has determined that relator is not entitled to the relief requested based on the record and petition filed. Relator's petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on June 25, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025CV00933, styled *Westland SA 1 dba Ridge at South Cross v. Wesley James Crawford, et al*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.